BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
ALEXANDRA M. MICHAEL (Cal. Bar No. 360494)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3756
    Facsimile: (213) 894-0141
    E-mail:   Alexandra.Michael@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

6/17/25

CENTRAL DISTRICT OF CALIFORNIA
BY:___SR___DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00057-JFW |
|---|---|
| Plaintiff, | JOINT STATEMENT REGARDING RESTITUTION |
| v. | |
| MORGAN MCDADE, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Alexandra M. Michael, and defendant Morgan McDade ("defendant"), by and through his counsel of record, Deputy Federal Public Defender Ryan Shelley, hereby file this joint statement regarding restitution as ordered by the Court on June 4, 2025.

///

///

The parties agree the appropriate amount of restitution owed by defendant is $2,775,000.  The parties likewise agree the restitution should be paid to the following individuals:

- S.E. : $1,500,000.00
- Jo. P. and Ja. P. : $300,000.00
- F.C. : $300,000.00
- K.P. : $50,000.00
- V.G. : $150,000.00
- C.M. : $175,000.00
- M.M. : $300,000.00

The parties are also providing this joint statement to the probation officer who prepared the Presentence Investigation Report ("PSR") per the Court's order.[1]

Dated: June 17, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division


_____*/s/*_____
ALEXANDRA M. MICHAEL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] On June 16, 2025, the counsel for the parties met and conferred in person to discuss the parties' respective positions on restitution.

2

_/s/ (with authorization*)_
RYAN SHELLEY
Deputy Federal Public Defender

Attorney for Defendant
MORGAN MCDADE

*Local Civil Rule 5-4.3.4 Attestation: I attest that the signatory listed concurs in the filing's content and have authorized the filing.

_/s/_
ALEXANDRA M. MICHAEL

3