BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
ALEXANDRA M. MICHAEL (Cal. Bar No. 360494)
Assistant United States Attorney
Major Frauds Section
ALEXANDER SU (Cal. Bar No. 297869)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0719
     Email:    Alexander.Su@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-CR-57-JFW |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF RECORDING OF LIS PENDENS |
| v. | |
| MORGAN MCDADE, | |
| Defendant. | |

**NOTICE OF RECORDING OF LIS PENDENS**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that plaintiff United States of America hereby files a copy of the notice of pendency of action ("Lis Pendens") which was recorded into the Public Records of Pinellas County, Florida, against certain real property as follows, namely the real property located at 385 Georgia Avenue, Crystal Beach, Pinellas County, Florida 34681, Assessor's Parcel Number 02-28-15-79380-005-0060. A true and correct copy of the recorded Lis Pendens is attached hereto as **Exhibit A** and incorporated herein by reference.

Dated: June 25, 2025                    Respectfully submitted,

                                        BILAL A. ESSAYLI
                                        United States Attorney

                                        CHRISTINA T. SHAY
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                        JONATHAN GALATZAN
                                        Assistant United States Attorney
                                        Chief, Asset Forfeiture & Recovery
                                        Section

                                        ALEXANDRA M. MICHAEL
                                        Assistant United States Attorney
                                        Major Frauds Section

                                        _____/s/Alexander Su_____
                                        ALEXANDER SU
                                        Assistant United States Attorney
                                        Asset Forfeiture & Recovery Section

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

2