# EXHIBIT A

I#: 2025181932 BK: 23207  PG: 122, 06/24/2025 at 03:35 PM, RECORDING 5 PAGES $21.00     KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: CLK102878

RECORDING REQUEST BY
UNITED STATES

When recorded, please return to:
Paul J. Read, Paralegal (Contractor)
MAILING ADDRESS:
U.S. Attorney's Office
Asset Forfeiture and Recovery Section
312 N. Spring Street, 11th Floor
Los Angeles, CA 90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

RECORDING REQUESTED BY SIMPLIFILE

## LIS PENDENS

*United States v. Morgan McDade*
Case No. 2:24-CR-00057-JFS

**Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).**

☐ **Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).**

☐ **Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.**

☐ **Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.**

☐ **Exempt from the fee per GC 27388.1 (a) (1); not related to real property.**

☑ **Exempt from the fee per GC 27388.1 (a) (1); executed or recorded by a government agency.**

PINELLAS COUNTY FL OFF. REC. BK 23207 PG 123

BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
ALEXANDRA M. MICHAEL (Cal. Bar No. 360494)
Assistant United States Attorney
Major Frauds Section
ALEXANDER SU (Cal. Bar No. 297869)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0719
    Email:    Alexander.Su@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-CR-57-JFW |
|---|---|
| Plaintiff, | LIS PENDENS |
| v. | |
| MORGAN MCDADE, | |
| Defendant. | |

PINELLAS COUNTY FL OFF. REC. BK 23207 PG 124

<u>**LIS PENDENS**</u>

NOTICE IS HEREBY GIVEN that the United States of America seeks forfeiture of the property identified herein in an Information filed with the United States District Court for the Central District of California, in the above case number, and intends to forfeit said real property located in Pinellas County, Florida, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

The real property to be forfeited in this action is located at 385 Georgia Avenue, Crystal Beach, Pinellas County, Florida 34681, Assessor's Parcel Number 02-28-15-79380-005-0060, as identified in the Public Records of Pinellas County, Florida, and more particularly described as:

> LOT 6 AND THE WEST 10 FEET OF LOT 7, BLOCK 5, MAP OF SEASIDE ASSEMBLY, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK, 1, PAGE 31 AND 32, OF THE PUBLIC RECORDS OF PINELLAS, COUNTY, FLORIDA.

All right, title and interest in the property hereby vests in the United States of America upon adjudication of a criminal forfeiture under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Title to the real property is recorded in the name of defendant MORGAN MCDADE also known as "Morgen McDade".

/////

2

PINELLAS COUNTY FL OFF. REC. BK  23207  PG  125

For further information concerning the action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Central District of California.

DATED: June 23, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

ALEXANDRA M. MICHAEL
Assistant United States Attorney
Major Frauds Section

ALEXANDER SU
Assistant United States Attorney
Asset Forfeiture & Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3

PINELLAS COUNTY FL OFF. REC. BK  23207  PG  126

PROOF OF SERVICE BY MAILING BY CERTIFIED MAIL

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 11th Floor, Los Angeles, California 90012.

On June 23, 2025, I served a copy of the LIS PENDENS on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and certified mailing on the date and at the place shown below following our ordinary office practices.

Morgan McDade                       Morgen McDade
385 Georgia Avenue                  385 Georgia Avenue
Crystal Beach, FL 34681             Crystal Beach, FL 34681

MERS, Inc.,                         OCMBC, Inc.
as nominee for OCMBC, Inc.          19000 MacArthur Blvd., Ste. 200
P.O. Box 2026                       Irvine, CA 92612
Flint, MI 48501

Ryan Shelley
Deputy Federal Public Defender
321 E 2nd Street
Los Angeles, CA 90012

I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: June 23, 2025, at Los Angeles, California.

Paul J. Read
Paralegal, FSA

4